UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:21-cr-110 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | Magistrate Judge Christopher Steger |
| ROBERT JAMES DAVIS, JR. | ) | |

# MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now the Defendant, by and through appointed Counsel and respectfully moves this Honorable Court for leave to file under seal the accompanying **Sealed Motion to Continue and Extend Deadlines** in which the Defendant seeks to continue the July 10, 2023, trial assignment and other deadlines by at least 60 days. In support of this motion, Counsel for the Defendant would show that the proposed **Sealed Motion** contains personal and confidential information pertaining to the Defendant which should not be publicly available.

Respectfully submitted,

Christian Lanier
/S/ *Christian Lanier*
Attorney For Defendant, BPR # 4670
Robert James Davis, Jr.
Suite 412
2158 Northgate Park Lane
Chattanooga, TN 37415
Telephone 423-756-1015
Fax 423-756-1208
Lanierlaw@comcast.net

Page -1-

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/S/ *Christian Lanier*
Christian Lanier
Attorney For Defendant
Robert James Davis, Jr.
Suite 412, 2158 Northgate Park Lane
Chattanooga, TN 37415
Telephone 423-756-1015
Fax 423-756-1208
Lanierlaw@comcast.net
BPR # 4670